**92–938.** Tillimon v. Whitten. *Lucas County,* No. L–91–431.
RESNICK, J., not participating.

**92–1007.** In re Eaglewood Care Ctr. Woodland Manor Ltd. Partnership. *Franklin County,* No. 91AP–357.
MOYER, C.J., and H. BROWN, J., dissent.

**92–1010.** Davis v. Davis. *Cuyahoga County,* Nos. 60224, 60751 and 61832. On motion and cross-motion for leave to appeal. Motions denied.

**92–1013.** Robinson v. Progressive Cas. Ins. Co. *Ross County,* No. 1754.

**92–1014.** Nail v. Leader Natl. Ins. Co. *Montgomery County,* No. CA 12535.

**92–1015.** Soehnlen v. Fabe. *Franklin County,* No. 91AP–924.
H. BROWN, J., dissents.

**92–1017.** State v. Rivers. *Franklin County,* No. 92AP–432.

**92–1020.** Teague v. St. Luke's Hosp. *Cuyahoga County,* No. 59920.
RESNICK, J., dissents.
DOUGLAS, J., not participating.

**92–1022.** State v. Lawson. *Lucas County,* No. L–91–225.
MOYER, C.J., and RESNICK, J., dissent.

**92–1023.** Gruber v. Gruber. *Geauga County,* No. 91–G–1663.

**92–1029.** Maumee v. Hale. *Lucas County,* No. L–91–188.
DOUGLAS and WRIGHT, JJ., dissent.

**92–1031.** Stroud v. Cincinnati Ins. Co. *Hamilton County,* No. C–910325.
MOYER, C.J., DOUGLAS and H. BROWN, JJ., dissent.

**92–1034.** Vukovic v. Space Care, Inc. *Cuyahoga County,* No. 60339.

**92–1038.** WKBN Broadcasting Corp. v. Levin. *Mahoning County,* No. 91 C.A. 83.
H. BROWN, J., dissents.

**92–1043.** Hanna v. Redlin Rubbish Removal, Inc. *Summit County,* No. 15280.
DOUGLAS, H. BROWN and RESNICK, JJ., dissent.

**92–1054.** Triggs v. Payton. *Hamilton County,* No. C–910487.
H. BROWN, J., dissents.

**92–1055.** Continental Cas. Co. v. Central Mut. Ins. Co. *Lucas County,* No. L–91–099.
WRIGHT, J., dissents.

**92–1063.** In re Trust Under Will of Hodesson. *Trumbull County,* No. 91–T–4566.
H. BROWN, J., dissents.

**92–1074.** Cincinnati ex rel. Kuntz v. Cincinnati. *Hamilton County,* Nos. C–910242 and C–910263.
MOYER, C.J., WRIGHT and H. BROWN, JJ., dissent.

**92–1076.** McGoldrick v. Kirby. *Lorain County,* No. 91CA005112.
RESNICK, J., dissents.

**92–1081.** Hillside Dairy v. Hav–A–Bar, Inc. *Cuyahoga County,* No. 60283.

**92–1087.** McHenry v. Mihm. *Clark County,* No. 2829.
WRIGHT, J., dissents.

**92–1094.** Krsacok v. Hattendorf. *Wood County,* No. 91–WD–62.

**92–1100.** State v. Hudson. *Fayette County,* No. CA91–09–016.
DOUGLAS and WRIGHT, JJ., dissent.